IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ICON LASER SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> ABERCROMBIE & FITCH, CO., <br><br> Defendant. | CASE NO. 3:15-cv-3308 <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

### DEFENDANT ABERCROMBIE & FITCH, CO.'S
### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

For the reasons set forth in Abercrombie's Brief Supporting it Motion to Dismiss for Failure to State a Claim, Abercrombie respectfully moves for dismissal with prejudice of Icon Laser's Complaint for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

For at least two reasons, Icon Laser does not allege facts showing that Abercrombie has infringed the asserted patent. First, the Complaint does not allege that Abercrombie itself performed any step of the claimed methods to make any products, a condition that is necessary in order for direct infringement of this patent. Instead, the Complaint alleges activity by Abercrombie only *after* these products were "made using" one or more of the patented methods. Second, the Complaint also does not allege that Abercrombie had knowledge of the patent prior to its expiration, a condition that would be necessary for indirect infringement of the patent. The Complaint, therefore, does not state a claim for patent infringement and should be dismissed.

Dated: December 7, 2015	Respectfully submitted,

By: _/s/ Neil J. McNabnay_
Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT
ABERCROMBIE & FITCH, CO.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 7, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

_/s/Ricardo J. Bonilla_
Ricardo J. Bonilla